**Electronically Filed
Supreme Court
SCWC-15-0000529
17-JAN-2019
09:42 AM**

SCWC-15-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTIAN SAKAL, Petitioner/Plaintiff-Appellant,

vs.

ASSOCIATION OF APARTMENT OWNERS OF HAWAIIAN MONARCH, JONAH SCOTT KOGEN, Respondents/Defendants-Appellees; K&F 1984 LLC, Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000529, CAAP-15-0000573; CIV. NO. 14-1-1118)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Christian Sakal's Application for Writ of Certiorari, filed on December 3, 2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, January 17, 2019.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

